IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11 CR 12

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | |
| V | ) | **ORDER** |
| GEORGE GORDON GREENWOOD, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Stephen P. Lindsay's Application for Admission to Practice *Pro Hac Vice* of Roger J. Dodd and Jason M. Ferguson. It appearing that Roger J. Dodd and Jason M. Ferguson are members in good standing with the Georgia State Bar and will be appearing with Stephen P. Lindsay, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorneys seeking admission has been provided, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Applications for Admission to Practice *Pro Hac Vice* (#76, #77, #78) are **GRANTED**, and that Roger J. Dodd

and Jason M. Ferguson are **ADMITTED** to practice, *pro hac vice*, before the Bar of this Court while associated with Stephen P. Lindsay.

Signed: July 10, 2013

Dennis L. Howell
United States Magistrate Judge